**THIS ORDER IS SIGNED AND ENTERED.**

Dated: February 10, 2017

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Kenneth Alexander Mosley<br><br>　　　Debtor. | Chapter: 13<br><br>Case No. 16-13130-cjf |

**ORDER PURSUANT TO HEARING UPON MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT AND, IF APPLICABLE, RELIEF FROM CO-DEBTOR STAY**

　　　Pursuant to the motion of JPMorgan Chase Bank, National Association the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant") for an order for relief from the automatic stay and abandonment and to the extent that it may be applicable, relief from co-debtor stay with respect to the property located at N8048 Woody Ln, Ixonia, WI 53036-9490, this matter was heard on February 6, 2017, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtor(s) appearing through Watton Law Group, by Michael J. Watton, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

IT IS HEREBY ORDERED that relief from the automatic stay imposed by 11 U.S.C. §362(a) is GRANTED.

IT IS FURTHER ORDERED that relief from the co-debtor stay pursuant to 11 U.S.C. §1301(c) is GRANTED.

IT IS FURTHER ORDERED that entry of this order constitutes abandonment pursuant to 11 U.S.C. §554(b).

IT IS FURTHER ORDERED that claim no(s). 7 filed by or on behalf of the movant shall be deemed withdrawn and the trustee need not make any further disbursements thereon.   To the extent that Rule 3002.1 applies to the movant and the property, it no longer applies.   If the automatic stay is reimposed with respect to the movant in the future, the claim(s) of the movant and the applicability of Rule 3002.1 shall be then reinstated and the trustee shall resume disbursements upon the claim(s).

IT IS FURTHER ORDERED that this order shall be stayed until the expiration of a period of fourteen (14) days after the entry of the order pursuant to Bankruptcy Rule 4001(a)(3).

#####